■ URI TORNHEIM, Appellant, v DOREEN TORNHEIM, Respondent. [755 NYS2d 878] —In an action for a divorce and ancillary relief, the plaintiff husband appeals from (1) an order of the Supreme Court, Kings County (Yancey, J.), dated February 26, 2002, which, inter alia, granted the motion of the defendant wife pursuant to Domestic Relations Law § 244 for leave to enter a judgment for certain child support and maintenance arrears, and (2) a judgment of the same court, entered March 8, 2002, which is in favor of the defendant wife and against him in the principal sum of $14,565.50.

ancillary relief, the plaintiff husband appeals from an order of the Supreme Court, Kings County (Yancey, J.), dated April 3, 2002, which, inter alia, granted that branch of the motion of the defendant wife which was to confirm in part a report of the same court (Marks, J.H.O.), dated December 3, 2001, which, after a hearing, recommended that she be awarded an attorney's fee of $25,000.

Ordered that the order is affirmed, with costs.

A "report and recommendation of a Judicial Hearing Officer should be confirmed if the findings in the report are supported by the record" (*Tai Wing Hong Importers v King Realty Corp.,* 208 AD2d 710, 711 [1994]). Here, the Judicial Hearing Officer found that, under the circumstances, the defendant was entitled to an attorney's fee in the sum of $25,000 (*see* Domestic Relations Law § 237 [a]; *DeCabrera v Cabrera-Rosete,* 70 NY2d 879 [1987]). Since this finding is supported by the record, the report was properly confirmed (*cf. Rosenzweig v Gomez,* 295 AD2d 592 [2002]).

The plaintiff's remaining contentions are without merit. Goldstein, J.P., Adams, Townes and Crane, JJ., concur.